UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------------

EUGENE SCALIA, Secretary of Labor,                   :
United States Department of Labor,

                                                     :   Misc. Action No. 20-MC-32
Petitioner,

                                                     :

v.

                                                     :

CITY SERVICE TRANSPORTATION INC., and                        **ORDER**
ALEX SHVARTSBERG, individually and as a              :
custodian of records,

                                                     :
Respondents.
------------------------------------------------------------------

Upon consideration of the Secretary of Labor's unopposed Motion [1] seeking to Compel

Compliance with a March 6, 2020 Administrative Subpoena *Duces Tecum* (the Subpoena) and

for an Order tolling the statute of limitations set forth at 29 U.S.C. § 255, and for good cause

shown, it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that Respondents, City Service Transportation, Inc. and Alex

Shvartsberg, through Shvartsberg or another authorized representative, within fourteen (14) days

of the date of this Order, produce all documents listed in the Subpoena by email to Wage and

Hour Investigator Amber O'Dierno at ODierno.Amber@dol.gov and Wage and Hour Assistant

District Director Patrick DeForest at DeForest.Patrick@dol.gov. If Respondents are unable to

produce the documents by email, they shall send a copy of the documents by certified mail to

Amber O'Dierno, U.S. Department of Labor, Wage and Hour Division, at 130 S. Elmwood

Avenue, Room 536, Buffalo, New York 14202 with email confirmation to

ODierno.Amber@dol.gov and DeForest.Patrick@dol.gov within fourteen (14) days of the date

of this Order. Specifically, for the period March 6, 2017 to the present, Respondents are to

produce all of the following documents in their possession, custody, or control:

(1)  Documents reflecting the legal and 'doing business as' names, addresses, and FEINs of all businesses, firms or work locations owned and/or operated by Shvartsberg, or in which Shvartsberg had an ownership and/or shareholder interest March 6, 2017 through the present, irrespective of the location or the form of the business (corporation, partnership, sole proprietorship, etc.);

(2)  Documents reflecting the names, addresses and percentages ownership of owners, partners, shareholders, or officers of any businesses or establishments identified in item (1);

(3)  Business transfer, franchising and/or leasing agreements;

(4)  Documents relating to any payments or money transfers made between City Service and Brassai Inc.;

(5)  Documents reflecting the gross annual dollar volume of sales made or business done for the years 2016 to date;

(6)  Documents reflecting the names of all current and former employees and their addresses, phone numbers, hourly rates or salaries, descriptive job titles, schedules, shifts, and periods of employment, and whether you consider that employee exempt from overtime;

(7)  Documents reflecting the form of payment of each current and former employee, including but not limited to whether each current and former employee was paid in cash, check, or combination, except account statements or canceled checks from the Evans Bank checking account ending in 6329 for the period from February 26, 2017 through February 28, 2020;

(8)    Time records such as, but not limited to, work schedules, time sheets, time cards, and/or trip logs showing hours actually worked by employees and independent contractors;

(9)    Payroll records, individual earnings reports any other documents reflecting any compensation paid to any employee and/or independent contractor such as, but not limited to, canceled checks, cash payment logs, receipts, whether handwritten or computer-generated;

(10)    1099 Forms and contract documents with any independent contractors, subcontractors or day laborers;

(11)    Documents reflecting the birth dates of all employees under age 18.

It is further ORDERED that the applicable statute of limitations for the Secretary of Labor to bring action under the FLSA pursuant to the investigation for which the Subpoena was issued is tolled from March 20, 2020 (the Subpoena return date) until the date on which Respondents have completed full compliance with the Subpoena.

It is further ORDERED that if Respondents have not produced the documents listed in the Subpoena within fourteen (14) days of the date of this Order, the Court will entertain proceedings for an order of contempt against City Service Transportation, Inc., Shvartsberg, and/or their representatives, pursuant to Fed. R. Civ. P. 45(g).

SO ORDERED.

JEREMIAH J. McCARTHY
UNITED STATES MAGISTRATE JUDGE

DATED: October 20, 2020